1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, HARPREET RANDHAWA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   CASE NO. 6:05-mj-00062-WMW
                                     )
11                                   )
                                     )   WAIVER OF DEFENDANT'S
12             Plaintiff,            )   PERSONAL APPEARANCE
                                     )
13  vs.                              )
                                     )
14  HARPREET RANDHAWA                )
                                     )
15             Defendant.            )
                                     )
16  _____    )

17        TO THE ABOVE-ENTITLED COURT:

18        The Defendant HARPREET RANDHAWA, having been advised of his right to be

19  present at all stages of proceedings, including, but not limited to, presentation of and arguments

20  on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

21  waives the right to be present at the hearing of any motion or other proceeding in this cause.

22  Examples of hearings concerning which the defendant waives the right to be present include

23  when the case is set for trial, when a continuance is ordered, when a motion to set aside an

24  indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

25  when a motion for reduction of bail or for a personal recognizance release is heard.

26        The undersigned Defendant requests the Court to proceed during every absence of the

27  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28  is represented at all times by the presence of his attorney the same as if the Defendant were

personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

ORIGINAL SIGNATURES ON FILE
IN THE OFFICE OF CAROL ANN MOSES

Dated: July 25, 2005

By: /S/ Harpreet Randhawa

HARPREET RANDHAWA

Dated: July 25, 2005

By: /S/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
HARPREET RANDHAWA

IT IS SO ORDERED.

**Dated: August 1, 2005**         /s/ **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE